# UNITED STATES DISTRICT COURT

for the

Northern District of California

Uniloc USA, Inc. and Uniloc Luxembourg, S.A.

*Plaintiff(s)*

v.

Civil Action No. 3:18-cv-03432 MEJ

Box, Inc.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Box, Inc.
c/o Corporation Service Company
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron S. Jacobs
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date: 6/11/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-CV-03432

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Box, Inc. c/o Corporation Service Company was received by me on *(date)* Jul 31, 2018, 12:45 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Bill Jacobs , who is designated by law to accept service of process on behalf of *(name of organization)* Box, Inc. c/o Corporation Service Company on *(date)* Wed, Aug 01 2018 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 8/2/2018

_____
*Server's signature*

Spencer Brooks
_____
*Printed name and title*

1133 13th St NW Unit C4, Washington, DC 20005
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 1, 2018, 11:21 am PDT at Corporate: 2710 Gateway Oaks Dr STE 150N, Sacramento, CA 95833 received by Bill Jacobs . Relationship: Customer Service Specialist - Authorized to accept;