John P. Bovich (CA Bar No. 150688)
jbovich@reedsmith.com
Seth B. Herring (CA Bar No. 253907)
sherring@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant BOX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> BOX, INC., <br><br> Defendant. | No.: 3:18-CV-03432 JST <br><br> **NOTICE OF APPEARANCE AS COUNSEL** <br><br> Compl. Filed:     June 8, 2018 <br> Compl. Served:   Aug. 1, 2018 |

Defendant Box, Inc. ("Defendant") files this Notice of Appearance as Counsel and hereby notifies the Court that John P. Bovich of the law firm of Reed Smith LLP, 101 Second Street, Suite 1800, San Francisco, California 94105, is appearing as counsel for Defendant.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

DATED: August 16, 2018                    REED SMITH LLP


                                           By:   */s/ John P. Bovich*
                                                   John P. Bovich (CA Bar No. 150688)
                                                   ***Attorneys for Defendant BOX, INC.***

*REED SMITH LLP*
*A limited liability partnership formed in the State of Delaware*