1  John P. Bovich (CA Bar No. 150688)
   jbovich@reedsmith.com
2  Seth B. Herring (CA Bar No. 253907)
   sherring@reedsmith.com
3  REED SMITH LLP
   101 Second Street
4  Suite 1800
   San Francisco, CA  94105-3659
5  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
6
   Attorneys for Defendant BOX, INC.
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., | No.: 3:18-CV-03432 JST |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE AS COUNSEL** |
| vs. | Compl. Filed:  June 8, 2018 |
| BOX, INC., | Compl. Served: Aug. 1, 2018 |
| Defendant. | |

Defendant Box, Inc. ("Defendant") files this Notice of Appearance as Counsel and hereby notifies the Court that Seth B. Herring of the law firm of Reed Smith LLP, 101 Second Street, Suite 1800, San Francisco, California 94105, is appearing as counsel for Defendant.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.


DATED: August 16, 2018                        REED SMITH LLP

                                       By:    */s/ Seth B. Herring*
                                              Seth B. Herring (CA Bar No. 253907)
                                              ***Attorneys for Defendant BOX, INC.***

REED SMITH LLP
A limited liability partnership formed in the State of Delaware