John P. Bovich (CA Bar No. 150688)
jbovich@reedsmith.com
Seth B. Herring (CA Bar No. 253907)
sherring@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant BOX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> BOX, INC., <br><br> Defendant. | No.: 3:18-CV-03432 JST <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(a))** <br><br> Compl. Filed:  June 8, 2018 <br> Compl. Served: Aug. 1, 2018 |
|---|---|

Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg, S.A., and Defendant, Box, Inc. ("Box"), through their respective counsel of record, hereby stipulate pursuant to Local Rule 6-1(a) to extend the date for Box to respond to Plaintiffs' Complaint to and including **Friday, September 21, 2018,** a change that will not alter the date of any event or deadline already filed by the Court.

**IT IS SO STIPULATED.**

DATED: August 16, 2018                               REED SMITH LLP

                                          By:  */s/ Seth B. Herring*
                                               John P. Bovich (CA Bar No. 150688)
                                               Seth B. Herring (CA Bar No. 253907)

                                               ***Attorneys for Defendant BOX, INC.***

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: 3:18-CV-03432 JST                – 1 –
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(a))

| | | |
|---|---|---|
| DATED: August 16, 2018 | | PRINCE LOBEL TYE LLP |
| | By: | */s/ Aaron S. Jacobs*<br>Aaron S. Jacobs (CA Bar No. 214953)<br>Matthew Vella (CA Bar No. 314548)<br>James J. Foster (N.D. CA Bar No. 553285) |
| | | ***Attorneys for Plaintiffs*** |

No.: 3:18-CV-03432 MEJ – 2 –
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(a))