Aaron S. Jacobs (Cal. State Bar No. 214953)
ajacobs@princelobel.com
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Matthew D. Vella (Cal. State Bar No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC 2017 LLC and UNILOC LICENSING USA LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>BOX, INC.,<br><br>    Defendant. | Case No.: 3:18-cv-03432-JST<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>Hearing Date:  January 10, 2019<br>Time:                2:00 p.m<br>Location:         Courtroom 9<br>Judge:             Honorable Jon S. Tigar |

On January 10, 2019 at 2:00 p.m. in Courtroom 9 of the United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California, plaintiffs will present this motion before the Honorable Jon S. Tigar.

Plaintiffs move to dismiss this action under rule 41(a)(2), without prejudice.

This action was filed on June 8, 2018, naming Uniloc Luxembourg, S.A. ("Uniloc Luxembourg") as the owner of the patent in suit, and Uniloc USA Inc. ("Uniloc USA") as an exclusive licensee. Dkt. No. 1. Counsel who drafted the Complaint was unaware that on May 3,

2018 Uniloc Luxembourg had assigned the patent to Uniloc 2017 LLC ("Uniloc 2017").[1] Foster Decl., ¶4.

After learning of these transactions, on September 5, 2018, counsel added Uniloc 2017 LLC and Uniloc Licensing as plaintiffs, and dropped Uniloc Luxembourg. Dkt. No. 18. On November 1, 2018, Uniloc USA was dropped. Dkt. No. 28. On November 15, 2018, defendant Box, Inc. answered the Second Amended Complaint. Dkt. No. 33.

A defendant in an action in a different United States District Court has argued a License Agreement between Uniloc 2017 and Uniloc USA, similar to the May 3, 2018 agreement with Uniloc Licensing, divided the rights in the patents owned by Uniloc 2017 in such a way that neither Uniloc 2017 nor Uniloc USA had standing to sue, and thus that court lacked subject matter jurisdiction. Foster Decl., ¶6. Plaintiffs disagree with that argument.

But to remove that issue from this action (and other actions in which Uniloc Licensing was a plaintiff) on November 16, 2018, Uniloc 2017 and Uniloc Licensing terminated the License Agreement, consolidating all rights in the patent in suit to Uniloc 2017. *Id.*, ¶7. Then, to resolve any question as to this Court's having subject matter jurisdiction over the controversy, Uniloc 2017 refiled this action on November 20, 2018, as 3:18-cv-07038-TSH, naming only Uniloc 2017 as a plaintiff.

Plaintiffs therefore request this Court dismiss this (previously filed) action without prejudice, to allow Uniloc 2017 (and this defendant) to continue to litigate the same issues in the newly filed action.

---

[1] At the same time, Uniloc Licensing USA LLC ("Uniloc Licensing") replaced Uniloc USA as licensee.

| | |
|---|---|
| Dated: November 28, 2018 | Respectfully submitted, |
| | */s/ Aaron S. Jacobs* |
| | Aaron S. Jacobs (Cal. State Bar No. 214953) |
| | ajacobs@princelobel.com |
| | James J. Foster |
| | jfoster@princelobel.com |
| | PRINCE LOBEL TYE LLP |
| | One International Place, Suite 3700 |
| | Boston, MA 02110 |
| | 617-456-8000 |
| | |
| | Matthew D. Vella (Cal. State Bar No. 314548) |
| | mvella@princelobel.com |
| | PRINCE LOBEL TYE LLP |
| | 410 Broadway Avenue, Suite 180 |
| | Laguna Beach, CA 92651 |
| | |
| | ATTORNEYS FOR THE PLAINTIFFS |

**3**
**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS WITHOUT PREJUDICE**
3088485.v1