UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNILOC 2017 LLC,

    Plaintiff,

v.

BOX, INC.,

    Defendant.

Case No. 18-cv-07038-TSH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Uniloc 2017 LLC v. Box, Inc.*, 18-cv-03432-JST.

**IT IS SO ORDERED.**

Dated: November 28, 2018

THOMAS S. HIXSON
United States Magistrate Judge